UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RAMONA BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:14-cv-01617-RLY-DML |
| ) | |
| TRUSTWORTHY LAND TITLE CO., ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

# Order Approving and Adopting Report and Recommendation on the Entry of Default Judgment

On December 9, 2015, the Magistrate Judge submitted and filed her Report and Recommendation (Dkt. 52) on the plaintiff's motions for default judgment and attorneys' fees and costs. The parties were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to file objections to that Report and Recommendation. No party has filed an objection. The Court, having considered the Magistrate Judge's Report and Recommendation (Dkt. 52) and being duly advised, now APPROVES and ADOPTS it. The plaintiff's motion for default judgment (Dkt. 32) and motion for attorneys' fees and costs (Dkt. 47) are therefore GRANTED as provided in the Report and Recommendation and this Order. The court hereby enters a default judgment against defendant Trustworthy Land Title Co., Inc., in the total amount of **$83,292.02**, consisting of $62,028.01 in damages, $19,820.00 for attorneys' fees, and $444.02 for costs.

The clerk is directed to serve Trustworthy Title at the below-listed address, which is the address for the company shown on records available through a business entity search on the website of the Indiana Secretary of State. Trustworthy Title has not provided any other address at which it can be served.

IT IS SO ORDERED.

Date: __12/29/2015__  _____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Via U.S. mail:

Trustworthy Land Title Co., Inc.
7440 N. Shadeland Avenue, Suite 200
Indianapolis, IN 46250